**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**LUCILLE  MANNING**

**CHAPTER 13 NO:**

**16-13245-JDW**

434 COOPWOOD DR.
HOLLY SPRINGS, MS 38635

---

**NOTICE TO DEBTOR**

---

   NOTICE is hereby given that your plan payment will change from    **$495.00    ( MONTHLY )**   to   **$545.00    ( MONTHLY )**    effective in  **11/01/2018.**  Your plan payment is being remitted **direct .**

   The reason for the changes in your plan payment is:

   _____  Due to a change in your monthly mortgage payment;

   _____  Due to a claim being filed for a different amount than scheduled;

   _XXX_  Due to entry of an order;

   _____  Other: _____

   If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

   If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

   If you are paying **direct,**   please be aware that the Trustee   **DOES NOT**  accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order**  with your **case number and last name** in the description line, to

   Locke D. Barkley
   P.O. BOX 1859
   MEMPHIS, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date: 10/22/2018

CC:   SCHNELLER AND LOMENICK, P.A.
      P.O. BOX 417
      HOLLY SPRINGS, MS 38635

Respectfully submitted,
LOCKE D. BARKLEY

/s/ Locke D. Barkley
_____
CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

    I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  10/22/2018

                                                       /s/ Locke D. Barkley
                                                       LOCKE D. BARKLEY
                                                       CHAPTER 13 TRUSTEE