# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: LUCILLE MANNING　　　　　　　　　　　　　　　　Case No.: 16-13245-JDW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/20/2016.
2) The plan was confirmed on 12/08/2016.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/10/2018.
5) The case was dismissed on 05/10/2019.
6) Number of months from filing or conversion to last payment: 30.
7) Number of months case was pending: 32.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor: | $12,763.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $12,763.00 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $2,014.45 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $765.78 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $2,780.23 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ACE CASH EXPRESS | Unsecured | 925.00 | NA | NA | .00 | .00 |
| ALLIANCE HEALTHCARE SYSTEMS | Unsecured | 1,000.00 | NA | NA | .00 | .00 |
| AT&T SERVICES INC | Unsecured | 800.00 | NA | NA | .00 | .00 |
| BANK OF HOLLY SPRINGS | Secured | 10,000.00 | 15,838.75 | 7,048.26 | 7,048.26 | .00 |
| BANK OF HOLLY SPRINGS | Secured | 6,000.00 | 2,977.46 | 2,977.46 | 1,129.07 | 266.15 |
| BANK OF HOLLY SPRINGS | Secured | 12,000.00 | 2,011.85 | 2,011.85 | 763.00 | 179.82 |
| BANK OF HOLLY SPRINGS | Secured | 1,734.00 | 1,439.76 | 1,439.76 | 596.47 | .00 |
| BANK OF HOLLY SPRINGS | Unsecured | 800.00 | NA | NA | .00 | .00 |
| BAPTIST MEMORIAL NORTH MISSISSIPPI | Unsecured | 20,000.00 | NA | NA | .00 | .00 |
| DIRECTV | Unsecured | 500.00 | NA | NA | .00 | .00 |
| FORT SILL NATIONAL BANK | Unsecured | NA | 1,649.09 | 1,649.09 | .00 | .00 |
| FRIENDLY CASH | Unsecured | 200.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: LUCILLE MANNING

Case No.: 16-13245-JDW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| JOVEZ RUCKER | Secured | NA | NA | NA | .00 | .00 |
| MARSHALL COUNTY CHANCERY CLERK | Secured | NA | NA | NA | .00 | .00 |
| MARSHALL COUNTY TAX COLLECTOR | Priority | NA | 565.41 | 565.41 | .00 | .00 |
| MONEY MATTERS | Unsecured | 400.00 | 517.80 | 517.80 | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Secured | NA | NA | NA | .00 | .00 |
| NORTH SHORE AGENCY INC | Secured | NA | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | .01 | 180.00 | 180.00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 200.00 | 249.60 | 249.60 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 200.00 | 279.60 | 279.60 | .00 | .00 |
| RENT A CENTER | Secured | 500.00 | NA | NA | .00 | .00 |
| REPUBLIC FINANCE LLC - NEW ALBANY | Unsecured | 2,430.00 | 2,175.55 | 2,175.55 | .00 | .00 |
| SPEEDEE CASH | Secured | NA | NA | NA | .00 | .00 |
| SPEEDEE CASH BANKRUPTCY | Secured | NA | NA | NA | .00 | .00 |
| SPEEDEE CASH BANKRUPTCY DEPT | Unsecured | 400.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | Unsecured | 400.00 | 992.92 | 992.92 | .00 | .00 |
| T-MOBILE USA INC | Unsecured | 1,000.00 | NA | NA | .00 | .00 |
| UNION CO JUSTICE COURT | Secured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: LUCILLE MANNING                                              Case No.: 16-13245-JDW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UNITED CREDIT CORP | Unsecured | 500.00 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 7,048.26 | 7,048.26 | .00 |
| Mortgage Arrearage: | 1,439.76 | 596.47 | .00 |
| Debt Secured by Vehicle: | 4,989.31 | 1,892.07 | 445.97 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 13,477.33 | 9,536.80 | 445.97 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 565.41 | .00 | .00 |
| **TOTAL PRIORITY:** | 565.41 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 6,044.56 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,780.23 |
| Disbursements to Creditors: | $9,982.77 |
| **TOTAL DISBURSEMENTS:** | $12,763.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/31/2019          By: /s/Locke D. Barkley
                              Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.